UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ORLANDO MANDELL DEBROW | CIVIL ACTION NO. 5:15-cv-1717 |
| VS. | SECTION P |
| | JUDGE ELIZABETH E. FOOTE |
| CADDO PARISH COMMISSION, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

The Clerk of Court is directed to send a copy of this judgment to the Keeper of the Three Strikes List.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 16th day of JULY, 2015.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE